# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CANATELO, LLC**<br>    **Plaintiff**<br><br>    v.<br><br>**VITEK INDUSTRIAL VIDEO PRODUCTS, INC.**<br>    **Defendant** | **Civil No. 15-2952  (ADC)** |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order remanding the case and for Entry of Judgment on September 13, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 21st day of September, 2018.

FRANCES RIOS DE MORAN
Clerk of the Court

By: S/Sarah V. Ramón
    Sarah V. Ramón, Deputy Clerk